## UNITED STATES, Appellee

v

BOB L. (also known as ROBERT L.) HOLMES,
Private E–1, U. S. Army, Appellant

8 USCMA 489, 24 CMR 299

No. 10,193

Decided December 13, 1957

*First Lieutenant Edwin E. Allen* argued the cause for Appellant, Accused. With him on the brief was *Captain John F. Christensen.*

*First Lieutenant Jay D. Fischer* argued the cause for Appellee, United States. With him on the brief were *Lieutenant Colonel John G. Lee* and *Major Thomas J. Nichols.*

## Opinion of the Court

HOMER FERGUSON, Judge:

The issue presented has been decided in appellant's favor by the case of United States v Soccio, 8 USCMA 477, 24 CMR 287. For the reasons stated in that opinion, the conviction of desertion must be set aside. The decision of the board of review is reversed. The record of trial is returned to The Judge Advocate General of the Army for reference to a board of review. The board, in its discretion, may

**489**

approve the lesser offense of absence without leave and reassess the sentence, or it may order a rehearing on the principal charge.

Chief Judge QUINN concurs.

LATIMER, Judge (dissenting):

I dissent for the reasons set forth in my separate opinion in United States v Soccio, 8 USCMA 477, 24 CMR 287.